UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **IFG PORT HOLDINGS, LLC** | **CIVIL ACTION NO. 2:19-CV-00835** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNDERWRITERS AT LLOYDS, et al** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Voluntary Motion to Dismiss with Prejudice (styled "Joint Stipulation of Dismissal with Prejudice") [Doc. No. 162] is **GRANTED**. All claims against all parties are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

**Monroe, Louisiana,** this 19th day of January 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**